AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Avelo Airlines, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00562-EGS |
| National Mediation Board | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Association of Flight Attendants-CWA, AFL-CIO.

Date: 03/17/2022

/s/ Jeffrey A. Bartos
*Attorney's signature*

Jeffrey A. Bartos, DC Bar No. 435832
*Printed name and bar number*

Guerrieri, Bartos & Roma, P.C.
1900 M Street NW, Suite 700
Washington, DC 20036
*Address*

jbartos@geclaw.com
*E-mail address*

(202) 624-7400
*Telephone number*

(202) 624-7420
*FAX number*