**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AVELO AIRLINES, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| NATIONAL MEDIATION BOARD, | ) | Civil Action No. 1:22-cv-562-EGS |
| | ) | |
| *Defendant,* | ) | |
| | ) | |
| ASSOCIATION OF FLIGHT | ) | |
| ATTENDANTS-CWA, AFL-CIO, | ) | |
| | ) | |
| *Intervenor–Defendant.* | ) | |

---

**STIPULATION OF DISMISSAL OF ACTION**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff, Avelo Airlines, Inc., hereby

files this Stipulation of Dismissal of this action, signed on behalf of all parties who have appeared in

in this case.  Each party will bear its own costs and attorneys' fees.

Dated:  August 26, 2022

Respectfully submitted,

*/s/ Douglas W. Hall*
Douglas W. Hall, D.C. Bar No. 430406
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879- 5432
Facsimile:   (202) 626-1700
dwhall@jonesday.com

*Counsel for Plaintiff Avelo Airlines, Inc.*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *Dedra S. Curteman*
Dedra S. Curteman, IL Bar #6279766
Assistant United States Attorney
Patrick Henry Building
601 D Street N.W.
Washington, D.C. 20579
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant National Mediation Board*

/s/ *Jeffrey A. Bartos*
Jeffrey A. Bartos, D.C. Bar No. 435832
John J. Grunert, D.C. Bar No. 1019791
Guerrieri, Bartos & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20009
202-624-7400
jbartos@geclaw.com
jgrunert@geclaw.com

*Counsel for Intervenor Association of Flight Attendants
– CWA, AFL-CIO*